**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Israel MARTINEZ–HERNANDEZ,
Defendant–Appellant.**

**No. 14–10016.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 23, 2014.*

Filed Oct. 6, 2014.

Matthew Cassell, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Brick P. Storts, III, Esquire, Barton & Storts, Tucson, AZ, for Defendant–Appellant.

Before: W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM ***

Israel Martinez–Hernandez appeals from the district court's judgment and challenges his guilty-plea conviction and 37–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Martinez–Hernandez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Martinez–Hernandez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED**.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.